# Court of Appeals
# of the State of Georgia

ATLANTA,  June 04, 2024

*The Court of Appeals hereby passes the following order:*

### A24A0239. IN RE GEORGIA DEPARTMENT OF BEHAVIORAL HEALTH AND DEVELOPMENTAL DISABILITIES et al.

The Georgia Department of Behavioral Health and Developmental Disabilities and one of its employees appeal from a juvenile court order holding them in contempt for failing to submit a competency evaluation on a juvenile by a court-ordered deadline. In their notice of appeal, the appellants asked the Clerk of the Houston County Juvenile Court to transmit the entire record, stating that the "[t]ranscript of evidence and proceeding in its entirety will be filed for inclusion in the record on appeal." The record transmitted to this court does not contain a transcript of a hearing that occurred on June 5, 2023, which is relevant to the issues before us. We have confirmed with the juvenile court clerk's office that the juvenile court has in its records an untranscribed audio recording of that hearing.

Accordingly, we hereby **REMAND** this case to the juvenile court for completion of the record to include a transcription of the June 5, 2023 hearing. Upon completion of the record, the trial court is **DIRECTED** to re-transmit the appeal to this court for re-docketing. The appellants need not file a new notice of appeal.

In addition, we note that the juvenile court judge filed what purports to be an appellee brief in this case. The "judge before whom the allegedly contemptuous conduct occurred is not a 'party' to appellate review of a contempt finding. Accordingly, no . . . brief [should have been] filed on behalf of [the judge]." *In re Dillon*, 344 Ga. App. 200 n. 1 (808 SE2d 436) (2017) (citation and punctuation omitted). However, in cases such as this in which the extent of a lower court's

authority is challenged but there is no appellee, we have found briefs of amicus curiae helpful to clarify the issues. See, e. g., *In re Estate of Jenkins*, 358 Ga. App. 254, 258 (2) n. 1 (855 SE2d 6) (2021) (acknowledging an amicus brief filed by the Council of Probate Court Judges in an appeal challenging a probate court order limiting the actions of a conservator).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/04/2024

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*